IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVELOCITY.COM LP,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAVELOCITYINDIA.COM,<br><br>  Defendant. | CIVIL ACTION NO. 1:09-CV-884 |

**PLAINTIFF'S MOTION TO DIRECT SERVICE OF PROCESS BY PUBLICATION**

Plaintiff Travelocity.com LP ("Travelocity"), by counsel, hereby moves this Court to direct service by publication in this matter pursuant to the Anti-Cybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d)(2)(A)(ii)(II), 15 U.S.C. § 1125(d)(2)(B).

As explained in detail in the accompanying memorandum, the service of process requirements for actions filed under the *in rem* provisions of the ACPA provide that service be accomplished by both notifying the registrant of the domain name at issue at the postal and e-mail address provided by the registrant to the registrar, and then publishing notice of the action as the Court may direct promptly after filing the action. *Id*.

The Defendant domain name <travelocityindia.com> is registered to Travelocity (India) Pvt Ltd. ("TIPL"). TIPL identified its address in the registration record for the domain name as Mumbai, null, 400 708, IN, and its e-mail address as "naresh@travelocityindia.com." On July 24, 2009, Travelocity sent notice of its intent to proceed against the Defendant to the postal and e-mail address provided by the registrant to the registrar.

- 2 -

WHEREFORE, Travelocity respectfully moves this Court to direct service of process by publication in the form detailed in the accompanying memorandum, and for any other relief the Court deems just and proper. A proposed order is attached hereto.

Respectfully submitted, this 11th day of August, 2009.

By:   /s/ Jason D. Rosenberg
Jason D. Rosenberg
Virginia Bar No. 68603
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Ph: 404/881-7461
Fax: 404/253-8861
jason.rosenberg@alston.com

Alan L. Whitehurst
Virginia Bar No. 42014
Alston & Bird, LLP
950 F Street, NW
Washington, DC 20004-1404
Ph: 202/756-3300
Fax: 202/756-3333
alan.whitehurst@alston.com

OF COUNSEL:
David J. Stewart
Georgia Bar No. 681149
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Ph: 404/881-7952
Fax: 404/881-7777
david.stewart@alston.com

*Attorneys for Travelocity.com LP*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August 2009, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all filing users.

And I hereby certify that I have sent the foregoing to the registrant of the of Defendant Domain Name <travelocityindia.com> via e-mail at the following e-mail address and via international UPS at the postal address the registrant provided to the registrar for the domain name <travelocityindia.com>:

>Travelocity (India) PVT, Ltd.
>c/o Naresh
>Mumbai, null, 400 708,
>INDIA
>e-mail:  naresh@travelocityindia.com

>/s/ Jason D. Rosenberg
>Jason D. Rosenberg, Esq.
>Virginia Bar No. 68603
>*Attorney for Travelocity.com LP*
>Alston & Bird, LLP
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Ph: 404/881-7461
>Fax: 404/253-8861
>jason.rosenberg@alston.com