# Exhibit A



# WHOIS Search Results

## Your WHOIS Search Results

BOOKMARK

**travelocityindia.com**

**Make an instant, anonymous offer to the current domain registrant.** Learn More

[redacted]

Registration Service Provided By: SAHAVAS
Contact: +022.64161161

Domain Name: TRAVELOCITYINDIA.COM

Registrant:
Travelocity (India) Pvt Ltd.
Naresh (naresh@travelocityindia.com)
Mumbai
Mumbai
null,400 708
IN
Tel. +91.9819692911

Creation Date: 26-May-2004
Expiration Date: 26-May-2016

Domain servers in listed order:
ns318.w ebsitew elcome.com
ns317.w ebsitew elcome.com

Administrative Contact:
Travelocity (India) Pvt Ltd.
Naresh (naresh@travelocityindia.com)
Mumbai
Mumbai
null,400 708
IN
Tel. +91.9819692911

Technical Contact:
Travelocity (India) Pvt Ltd.
Naresh (naresh@travelocityindia.com)
Mumbai
Mumbai
null,400 708
IN
Tel. +91.9819692911

Billing Contact:
Travelocity (India) Pvt Ltd.
Naresh (naresh@travelocityindia.com)
Mumbai
Mumbai
null,400 708
IN
Tel. +91.9819692911

Status:ACTIVE

The data in this w hois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is", and do not guarantee its accuracy. By submitting a w hois query, you agree that you w ill use this data only for law ful purposes and that, under no circumstances w ill you use this data to:

SEARCH AGAIN

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
- Domain Name
- IP Address

[redacted]

(1) enable high volume, automated, electronic processes that stress
or load this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or by telephone.
The compilation, repackaging, dissemination or other use of this data is expressly
prohibited without
prior written consent from us. The Registrar of record is Directi Internet Solutions Pvt.
Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | DIRECTI INTERNET SOLUTIONS PVT. LTD. D/B/A PUBLICDOMAINREGISTRY.COM |
| **IP Address:** | 70.85.181.50 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-TEXAS-DALLAS |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | ok |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Under Construction |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 22-Apr-2008 |

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



**Pay Per Click from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee

| SOLUTIONS TO GET ONLINE | SOLUTIONS TO GET CUSTOMERS | SOLUTIONS FOR ONLINE SECURITY | CORPORATE INFORMATION |
|---|---|---|---|
| SOLUTIONS TO SELL ONLINE | PROFESSIONAL BUSINESS SOLUTIONS | LEGAL & POLICY INFO | PROMOTIONS & OFFERS |

RESOURCES
CUSTOMER SUPPORT

SEARCH FOR A DOMAIN: .com ◄ GET A FREE DOMAIN WITH HOSTING

**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2009 Network Solutions. All rights reserved.