IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRAVELOCITY.COM LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:09-cv-884 (TSE/IDD) |
| ) | |
| TRAVELOCITYINDIA.COM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on Plaintiff Travelocity.com LP's ("Plaintiff") Motion for Service by Publication [4]. Because this matter can be resolved without oral argument, it is hereby

ORDERED that Plaintiff's Motion for Service by Publication [4] is GRANTED.

Specifically, the Court finds that Plaintiff has complied with the Anti-Cybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(aa), by providing a notice of its intent to proceed with this *in rem* action against the Defendant domain name <travelocityindia.com> by using the postal address and e-mail address provided by the registrant to the registrar of the Defendant domain name.

Pursuant to § 1125(d)(2)(A)(ii)(II)(bb) and 15 U.S.C. § 1125(d)(2)(B), in order to complete service of process on the Defendant domain name Travelocity must also publish such notice of this action as the Court may direct.

UPON CONSIDERATION of the Plaintiff's Motion, the Court authorizes and directs Plaintiffs to provide notice of this suit by publication, in the manner specified below:

1. Travelocity shall complete service of process on the Defendant domain name by

publishing the following notice for five (5) consecutive days, in English in the Mumbai, India newspaper Free Press Journal and in Marathi in the Mumbai newspaper Navshakti, in a text box no smaller than 4cm x 5cm:

---

**NOTICE OF ACTION REGARDING <TRAVELOCITYINDIA.COM>**

Travelocity.com LP ("Travelocity") has filed an action in the United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 1:09-CV-884, alleging that the registration and use of the domain name <travelocityindia.com> constitutes cyberpiracy in violation of the laws of the United States. A written answer or other response to the claims of Travelocity's Complaint must be filed with the Court no later than twenty (20) days of the last date of publication. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the domain name, which could include the forfeiture or cancellation of the domain name or the transfer of the domain name to Travelocity.

Attorneys of Record for Travelocity:

| | |
|---|---|
| Jason D. Rosenberg | Alan L. Whitehurst |
| Virginia Bar No. 68603 | Virginia Bar No. 42014 |
| Attorney for Travelocity.com LP | Attorney for Travelocity.com LP |
| Alston & Bird, LLP | Alston & Bird, LLP |
| 1201 West Peachtree Street | 950 F Street, NW |
| Atlanta, GA 30309-3424 | Washington, DC 20004-1404 |
| Ph: 404/881-7461 | Ph: 202/756-3300 |
| Fax: 404/253-8861 | Fax: 202/756-3333 |
| jason.rosenberg@alston.com | alan.whitehurst@alston.com |

---

2. Service of process on the Defendant shall be deemed complete upon the last day of publication of the above notice.

3. To avoid an entry of default, Defendant's response to Plaintiff's complaint must

be filed with the Court no later than twenty (20) days of the last date of publication of the above notice.

ENTERED this 17th day of August, 2009.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia